UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

THOMAS DROZ,

          Plaintiff,

- vs –

PETER A. KARL, III, ESQ., PARAVATI, KARL, GREEN & DeBELLA, PATRICK J. HART, CPA, and MOORE & HART, CPA.

          Defendants.

***STIPULATION OF DISMISSAL***

***Civil Action No. 6:09-CV-0920 (DNH/DEP)***

---

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, on the merits, and with prejudice, and without costs to any party as against the others. This stipulation may be filed without further notice with the Clerk of Court.

Dated: February 3, 2011
      Binghamton, NY

LEONARD & CUMMINGS, LLP

By: _____
    Hugh B. Leonard, Esq.
    Bar Roll No. 102041
Counsel for Plaintiff
84 Court Street
Suite 402
Binghamton, New York 13901

SMITH, SOVIK, KENDRICK
  & SUGNET, P.C.

By: _____
    Kevin E. Hulslander, Esq.
    Bar Roll No.: 103027
Counsel for Hart Defendants
250 South Clinton Street
Suite 600
Syracuse, New York 13202

SUGARMAN LAW FIRM, LLP

By: _____
    Matthew D. Gumaer, Esq.
    Bar Roll No.: 510268
Counsel for Karl Defendants
211 West Jefferson Street
Syracuse, New York 13202

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated:   February 14, 2010

- 1 -